UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVYON C. HARBOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHERNISS, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-0705 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on March 27, 2015, and filed a first amended complaint on December 1, 2015. Plaintiff's first amended complaint was screened on April 20, 2016, and found to state a claim against defendants Cherniss, Olmedo, and Duffy. On July 27, 2016, defendants filed an Answer. Plaintiff has now filed a motion to file a second amended complaint, which the defendants do not oppose.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's August 3, 2016, motion to amend (ECF No. 20) is granted; and

////

////

////

////

1

2. Plaintiff shall file his second amended complaint within thirty days from the date of this order.

DATED: September 9, 2016          /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

/DDB7;harb0705.eot